UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | | |
|---|---|---|
| JOHN WYMAN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil No. 1:10-cv-465-NT |
| | ) | |
| MAINEGENERAL MEDICAL CENTER, | ) ) | |
| | ) | |
| Defendant. | ) | |

## ORDER AFFIRMING THE
## RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

The United States Magistrate Judge filed with the Court on February 17, 2012 her Recommended Decision (Doc. No. 52).  The Defendant filed its objections to the Recommended Decision on March 2, 2012 (Doc. No. 53).  The Plaintiff filed his Response to Defendant's Objection on March 26, 2012 (Doc. No. 56). I have reviewed and considered the Magistrate Judge's Recommended Decision, together with the entire record; I have considered the parties' arguments at oral argument on May 16, 2012; I have made a <u>de novo</u> determination of all matters adjudicated by the Magistrate Judge's Recommended Decision; and I concur with the recommendations of the United States Magistrate Judge for the reasons set forth in her Recommended Decision, and determine that no further proceeding is necessary.

    1.  It is therefore <u>ORDERED</u> that the Recommended Decision of the Magistrate Judge is hereby <u>AFFIRMED</u>.

    2.  It is further <u>ORDERED</u> that the Defendant's Motion for Summary Judgment (Doc. No. 16) is <u>DENIED IN PART</u>, <u>GRANTED IN PART</u>, and judgment

       entered to the effect that Wyman has neither presented nor developed a failure to accommodate claim.

       SO ORDERED.

                           /s/ Nancy Torresen                          .
                           NANCY TORRESEN
                         UNITED STATES DISTRICT JUDGE

Dated this 23rd day of May, 2012