UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

JOHN WYMAN
        Plaintiff

        v                                          1:10-cv-00465-NT

MAINE GENERAL MEDICAL CENTER
        Defendant

STIPULATION OF DISMISSAL

        The parties stipulate to dismissal of the above action with prejudice and without costs or attorney fees.

Date: 9-5-12

                                          /s/Andrews B. Campbell
                                          Andrews B. Campbell
                                          Attorney for Plaintiff

Date:  9-5-12

                                          /s/James Erwin,
                                          Attorney for Defendant